**Thomas P. Evans, appellee, v. Sharp & Smith, appellant.   Gen. No. 30,932.**

Action for work and labor.   Judgment for plaintiff.   Appeal from the Circuit Court of Cook county; the Hon. H. Sterling Pomeroy, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1926.   Affirmed.   Opinion filed October 13, 1926.

Alfred E. Barr and Charles S. Cutting, for appellant.   William A. Bither, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Anton Fuerst and Miles Fuerst, trading as Anton Fuerst & Company, appellees, v. Frank Klika, appellant.   Gen. No. 30,945.**

Action for commissions as real estate brokers.   Judgment for plaintiffs.   Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1926.   Affirmed.   Opinion filed October 13, 1926.

Jones & Kerner and Charles A. Churan, for appellant.   Joseph C. Pisha and Ewart Harris, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

**Dan Baldino, trading as Dan Baldino & Company, appellee, v. Jacob Bass, appellant.   Gen. No. 30,976.**

Action for commissions as real estate broker.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1926.   Affirmed.   Opinion filed October 13, 1926.

Sissman & Sissman, for appellant; Jesse Sissman, of counsel.   No appearance for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Donalsonville Grain & Elevator Company, appellee, v. Lion Specialty Company, appellant.   Gen. No. 30,987.**

Action for goods sold and delivered.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. Frank M. Padden, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1926.   Reversed with a finding of fact.   Opinion filed October 13, 1926.

Campbell & Fischer, for appellant.   Baker, Holder & Schmidt, for appellee.

Mr. Justice Thomson delivered the opinion of the court.